# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 7, 2019

## NO. 03-18-00775-CR

**Ex parte Raul Alvarez**

**APPEAL FROM COUNTY COURT AT LAW NO. 9 OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA**
**AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order denying the application for writ of habeas corpus signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order denying the application for writ of habeas corpus. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.